NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**IN RE PAUL J. FLETCHER, GARRY C. HEATH, and BEST BUY ENTERPRISE SERVICES, INC. (assignee of entire interest)**

_____

2010-1337
(Serial No. 11/002.930)

_____

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

_____

**JUDGMENT**

_____

ROBERT D. FISH, Fish & Associates, PC, of Irvin, California, argued for appellants. With him on the brief was ANDREW N. MAR.

KRISTI L.R. SAWERT, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor and WILLIAM LAMARCAS, Associate Solicitor.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 15, 2010     /s/ Jan Horbaly
Date                  Jan Horbaly
                        Clerk